AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Toreeze Moton, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   0:14-cv-04366-RBH |
| Sgt. Ms. Kiesha Gibbs and | ) |
| Sgt. Ms. Vanessa Smith, | ) |
| *Defendants* | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Toreeze Moton, shall take nothing of the defendants, Sgt. Ms. Kiesha Gibbs and Sgt. Ms. Vanessa Smith, as to the complaint filed and this action is dismissed with prejudice for lack of prosecution pursuant to Rule 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the case with prejudice.

Date:  November 2, 2015                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                          s/G. Mills
                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*